FEE PAID

FEE NOT PAID
SEND LETTER

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 13 P 3 41

CLERK'S OFFICE
AT BALTIMORE
BY_____
DEPUTY

**NOTE: EFFECTIVE 7/1/95 $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE. PAYABLE TO CLERK, U. S. DISTRICT COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Dominion Energy Direct Sales, Inc.
_____
                **Plaintiff(s)**

v.

Parris N. Glendening, et al.
_____
                **Defendant(s)**

*                           *
*                           *
*                           *
*   **CIVIL ACTION NO.**
*                           *
*                           *
*                           *

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 8 2000

AT _____ U.S. DISTRICT COURT
DISTRICT OF MARYLAND
MJG 00CV2592

*********************************************************************

### MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, ___Patrick R. Buckler___, ESQUIRE,

A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF ___William H. Baxter, II___ ESQUIRE, TO

APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR ___Dominion Energy Direct Sales, Inc.___

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF ___Virginia___

_____

_____

AND/OR THE FOLLOWING UNITED STATES COURT(S): ___United States District Court for the Eastern___
___District of Virginia and United States Court of Appeals for the Fourth___
___Circuit___

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED

PRO HAC VICE IN THIS COURT ___0___ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL

RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: _____

_____

_____

_____

REVISED 7/20/95

4)  THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5)  CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR

Ronald M. Cherry _____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6)  IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: _____

SIGNATURE

McGuireWoods LLP

ADDRESS
7 St. Paul Street, Suite 10000
Baltimore, Maryland  21202-1626

(410) 659-4400
OFFICE PHONE NUMBER

Fed. Bar No. 25943
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: _____

SIGNATURE

McGuireWoods LLP

ADDRESS  One James Center
901 East Cary Street,
Richmond, Virginia  23219-4030

(804) 775-1000
OFFICE PHONE NUMBER

ORDER

MOTION  ___✓___  GRANTED

MOTION  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION  _____  DENIED

DATE: 9/13/00 _____

_____
JUDGE