```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 13  P 3: 46

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY
```

____ FEE PAID
____ FEE NOT PAID
     (SEND LETTER)

NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 8 - 2000

Dominion Energy Direct Sales, Inc.
          **Plaintiff(s)**

v.                                              CIVIL ACTION NO. MJG 00CV2592

Parris N. Glendening, et al.
          **Defendant(s)**

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __Patrick R. Buckler__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __Robert L. Hodges__ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __Dominion Energy Direct Sales, Inc.__

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __Virginia__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __United States Court of Appeals for the Third Circuit, Fourth, and Fifth Circuits; Virginia Supreme Court; United States Supreme Court; United States District Court for the Eastern & Western Districts; No. District of Illinois__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: _____

REVISED 7/20/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR ____Ronald M. Cherry____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: [signature]
SIGNATURE
McGuireWoods LLP
ADDRESS
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202-1626
(410) 659-4400
OFFICE PHONE NUMBER
Fed. Bar No. 25943
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: [signature]
SIGNATURE
McGuireWoods LLP
ADDRESS One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000
OFFICE PHONE NUMBER

ORDER

MOTION ✓ GRANTED

MOTION ____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION ____ DENIED

DATE: 9/13/2000

[signature]
JUDGE